**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RONALD E. PARKER**                                                                          **PETITIONER**

**VS.**                   **CASE NO.: 5:16-CV-294-JM-BD**

**WENDY KELLEY, Director,
Arkansas Department of Correction**                           **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Parker's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Ronald E. Parker's petition for writ of habeas corpus (#2) is DENIED and DISMISSED, without prejudice, this 13th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE